■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS WARD, Appellant. [994 NYS2d 316]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 8, 2013 (*People v Ward*, 106 AD3d 842 [2013]), affirming a judgment of the Supreme Court, Kings County, rendered July 29, 2008.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Leventhal, Sgroi and Cohen, JJ., concur.